UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re:  
Charles J. McGilley  
Adele J. McGilley

Case No.: 17-19183  
Chapter: 7  
Judge: ABA

## NOTICE OF PROPOSED ABANDONMENT

_____Brian S. Thomas_____, __Chapter 7 Trustee__ in this case proposes to abandon property of the estate described below as being of inconsequential value. If you object to the abandonment, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party named below not later than 7 days before the hearing date.

Address of the Clerk: Mitchell H. Cohen US Courthouse
401 Market Street
Camden, NJ 08101

If an objection is filed, a hearing will be held before the Honorable ___Andrew B. Altenburg, Jr.___ on ___08/29/17___ at __10__ a.m. at the United States Bankruptcy Court, Courtroom no. __4B__. (Hearing date must be at least 28 days from the date of this notice). If no objection is filed, the abandonment shall take effect on entry by the clerk of a Certification of No Objection.

Description and value of property: 18 Northfield Plaza
Northfield, NJ
Value $216,918.00

Liens on property: BAC Home Loans
$157,661.00

Amount of equity claimed as exempt: $45,350.00

Objections must be served on, and requests for additional information directed to:

Name: Brian S. Thomas, Chapter 7 Trustee
Address: 327 Central Avenue, Suite 103, Linwood, NJ 08221
Telephone No.: 609-601-6066

*rev.8/1/15*

United States Bankruptcy Court
District of New Jersey

In re:
Charles J McGilley
Adele J McGilley
    Debtors

Case No. 17-19183-ABA
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0312-1          User: admin                    Page 1 of 1                    Date Rcvd: Jul 27, 2017
                      Form ID: pdf905              Total Noticed: 10

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 29, 2017.
```
db/jdb         +Charles J McGilley,   Adele J McGilley,   18 Northfield Plaza,   Northfield, NJ 08225-2246
516807533      +BAC Home Loans,   4909 Savarese Cir.,   Tampa, FL 33634-2413
516807534      +Bureau of Accounts,   3601 Route 9 North,   Howell, NJ 07731-3395
516807535      +Capital One Bank USA,   PO Box 30281,   Salt Lake City, UT 84130-0281
516807536      +Gary Dinenberg, Esquire,   1109 S. Main St.,   Pleasantville, NJ 08232-3507
516807537      +Navient,   123 Justinson St. 3rd Fl.,   Wilmington, DE 19801-5360
516807539      +Tilton Dynamic Imaging,   1226 Tilton Rd.,   Northfield, NJ 08225-1809
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: usanj.njbankr@usdoj.gov Jul 27 2017 23:31:00     U.S. Attorney,   970 Broad St.,
                 Room 502,   Rodino Federal Bldg.,   Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jul 27 2017 23:30:58      United States Trustee,
                 Office of the United States Trustee,   1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
516807538      +E-mail/Text: jboehler@shorememorial.org Jul 27 2017 23:31:46      Shore Medical Center,
                 100 Medical Center Way,   Somers Point, NJ 08244-2300
                                                                                              TOTAL: 3
```

       ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 29, 2017                                       Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 27, 2017 at the address(es) listed below:
```
              Brian   Thomas     on behalf of Trustee Brian   Thomas brian@brianthomaslaw.com,
               bthomas@ecf.epiqsystems.com
              Brian   Thomas     brian@brianthomaslaw.com,   bthomas@ecf.epiqsystems.com
              Bruno   Bellucci, III    on behalf of Joint Debtor Adele J McGilley jkearney@belluccilaw.net,
               bbellucci@belluccilaw.net,jrosati@belluccilaw.net,kpalermo@belluccilaw.net,
               jbonner@belluccilaw.net
              Bruno   Bellucci, III    on behalf of Debtor Charles J McGilley jkearney@belluccilaw.net,
               bbellucci@belluccilaw.net,jrosati@belluccilaw.net,kpalermo@belluccilaw.net,
               jbonner@belluccilaw.net
              Denise E. Carlon    on behalf of Creditor   BANK OF AMERICA, N.A. dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              U.S. Trustee.    USTPRegion03.NE.ECF@usdoj.gov
                                                                                              TOTAL: 6
```